**EXHIBIT 1:** PHOTOGRAPH #1



**<u>EXHIBIT 1:</u>** PHOTOGRAPH #2

