**<u>EXHIBIT 2:</u>** INFRINGEMENT

URL: https://www.binnews.com/content/2019-09-03-this-ups-driver-has-customers-blushing-asking-him-out-on-dates/

